UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BONNIE BRUNNER and
DAVID BRUNNER,

        Plaintiffs,

vs.                                                Case No.  24-C-719

CLASSIC HOMES BY KUBA, LTD,
JAMES F. KUBASTA, and
BRENDA M. KUBASTA

        Defendants.

## ORDER DISSOLVING TEMPORARY RESTRAINING ORDER AS TO BRENDA M. MCCARTY-KUBASTA

Counsel for Plaintiffs, Bonnie and David Brunner, by their attorneys, and the Defendant, Brenda M. McCarty-Kubasta, by her attorneys, have stipulated to dissolve Plaintiffs' Ex Parte Temporary Restraining Order as to Brenda M. McCarty-Kubasta[1], which was entered and then subsequently amended and extended by consent. *See* Dkt. Nos. 10, 17, 20, 37. Plaintiffs have further agreed to withdraw their Motion for a Preliminary Injunction and Prejudgment Attachment as to Brenda M. McCarty-Kubasta. *See* Dkt. No. 6.

**IT IS HEREBY ORDERED:**

1. **As to only Defendant Brenda M. McCarty-Kubasta**, the ***Ex Parte*** **Temporary Order** ordered on June 14, 2024 (Dkt. No. 10), and subsequently amended and/or modified on June 25, 2024 (Dkt. No. 17), July 1, 2024 (Dkt. No. 20), and July 18, 2024 (Dkt. No. 37), **is HEREBY DISSOLVED effective immediately**;

---

[1] The Court notes that Ms. McCarty-Kubasta's name was changed during her divorce proceedings. In previous filings, she was referred to as Ms. Kubasta.

2. As to Plaintiffs' Motion for Preliminary Injunctive Relief Pursuant to Federal Rule of Civil Procedure 65 and the Motion for Prejudgment Attachment pursuant to Wisconsin Statute § 811.03 (Dkt. No. 6), **the Motions as to Brenda M. McCarty-Kubasta are DENIED AS MOOT;**

3. As to Brenda McCarty-Kubasta only, the August 8, 2024 hearing is cancelled.

Dated at Green Bay, Wisconsin this 7th day of August, 2024.

s/ William C. Griesbach
William C. Griesbach
United States District Judge